

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Latawnya Cowan

**V.**   **Plaintiff,**

**Civil Action No.** 26-cv-01816-TWR-MSB

Social Security Administration, Commissioner of, Frank J. Bisignano, Commissioner; Kansas Department for Children and Families; Topeka, City of, Police Department; Renee Netherton; Wanda Handy; Pete Andre Clifton

**Defendant.**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses without prejudice action for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

**Date:**        5/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy